FILED: September 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-2025
(8:21-cv-00983-TDC)

TIMOTHY ROSIN

    Plaintiff - Appellant

v.

KIMBERLY HILL, in personal capacity

    Defendant - Appellee

J U D G M E N T

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK